IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

2008 FEB -4 PM 4: 13

*Teresa J. Taylor*
_____Plaintiff_____

-vs-

*Vivid Video*
*Jm Productions / TLA*
_____Defendant(s)_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 5:08 CV 274

JUDGE _____ JUDGE LIOI

MAG. JUDGE LIMBERT

COMPLAINT

Plaintiff Teresa J. Taylor 1845 Apple Orchard Dr
Wooster Oh 44691

Defendants
Vivid Video - 3599 Cahuenga Blvd. W. LA, CA 90068

JM Productions - 21111 Osbourne St
Canoga Park, CA 91304

TLA Group - 234 Market St Phil., PA 19106

Basis
US Constitution, 1,4,5,6,8,13
International Human Rights Doctrine 1-30 USC 18 871 Obscenity
VAWA
ADA

IN THE UNITED STATES DISTRICT COURT OF NORTHERN OHIO


TERESA JANE TAYLOR                                      case no.

VS

JM PRODUCTIONS
VIVID VIDEO
TLA

## COMPLAINT


The plaintiff claims that she became aware of an internet site bearing her nude visual

depiction. and obscene, violent. derogatory comments describing her as an advertisement

in April of 2007.   The internet site and advertising, as well as the video being sold with

the same abusive and obscene comments regarding her have been in circulation for ten

years unknown previously to the plaintiff, and are compliments of JM Video Productions,

and TLA. The same work has been sold to other internet site owners. The comments

advertising the nude plaintiff are detailed as "stupid sl-t", and "dirty wh-res with filthy

mouth", "f--k my a--, spit in my mouth and throw me back in the street where I belong",

"I must be really smart, I think more clearly with a c--k in my mouth", "my thoughts are

shallow". The plaintiff states this abusive action(s) constitutes violence against women,

the plaintiff in particular, and not only is destructive to her reputation, but to all of society

as well. and never agreed to allow someone to abuse her while nude, and this will not be

tolerated, that she is humiliated. appalled, crushed emotionally, and that this harm has

been in action continuously since 1998, that it is ABUSE, completely unnecessary to

advertise adult film work, and that the abuse is absolutely intentional and completely

meant as abusive to the plaintiff and her reputation, that it is demeaning, and sets the ground for safety endangerment of not only the plaintiff by attracting abusive people to the film but to her children as well, one of whom happens to be a female. The plaintiff claims that this form of advertising is and has been intended to cause harm, while violating the International Human Rights Doctrine articles 1-30, The United States Constitution; Amendments 1,4, 5, 6, 8, 13, VAWA, ADA, USC 18 title 71-obscenity. Vivid Video as well, has intentionally abused the plaintiff, attached to this complaint is a copy of the contract the plaintiff "allegedly" signed while suffering extreme mental illness rendering her previously incompetent, as well as a copy of the email transmission to the company upon the plaintiffs discovery that a film (containing work completed and released originally in 1998) had been released in 2007 October. The plaintiff claims that she did knowingly sign this contract, and that this company does not have the right to continue to release her image, and that their statement that they can do whatever they want with her nude image is abuse of a disabled person, and that they do not have the right to continue to redistribute the nude image of a mentally ill person "over and over again to whomever they want".

The plaintiff is seeking 100 million dollars in damages, of the responsibility to be divided evenly among the defendants, and that all work with her image be pulled from the store shelves, from all forms of advertisement, from all internet sites at the expense of the defendants. and that all involved parties be immediately and to the fullest extent of the federal law prosecuted.